

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2025

No. 04-25-00272-CV

**IN RE** Gladys **CARR**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Relator filed a petition for writ of mandamus and an amended petition for writ of mandamus on April 30, 2025. According to relator, the named respondent has recused himself from presiding over the trial court matter. This court ordered relator to file an advisory with this court indicating what actions, if any, relator has taken to seek reconsideration of the contested orders from the named respondent's successor. Relator has failed to comply. Absent the information requested, the record is inadequate to grant the relief desired. Accordingly, the amended petition for writ of mandamus is **DENIED.**

It is so **ORDERED** on July 2, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022PC0301, styled *In re Estate of Eddy Colbert Carr, Deceased*, pending in the County Court At Law No 2, Guadalupe County, Texas.